UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN W. BRANCO AND<br>SARI HUMES BRANCO,<br><br>      Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, *et al.*,<br><br>      Defendants. | Case No.: 2:09-cv-03485-FCD-DAD<br><br>**ORDER REGARDING SERVICE AND RESPONSE TO INITIAL COMPLAINT** |

## <u>ORDER</u>

Pursuant to the parties' February 1, 2010 Stipulation Regarding Service And Response To Initial Complaint:

1.    Defendant BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing L.P.) ("Defendant") has agreed to accept, and shall not contest the propriety of, service of the Summons and Complaint;

2.    Defendant shall answer or otherwise respond to the Complaint no later than March 1, 2010; and

3.    Except as set forth above, this Order is without prejudice to the rights, claims, arguments and defenses of all parties.

**IT IS SO ORDERED**.

DATED: February 3, 2010

                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE